IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALBERT MORRIS-EL,                   :
         Plaintiff,                 :
   v.                               : Civil Action No. 00-200J
FRANCIS MENEI, CHAPLAIN, JOHN       :
McCULLOUGH, SUPERINTENDENT,         :
S.C.I. HOUTZDALE, and FREDERICK     :
BIGELOW, FACILITY PROGRAM           :
DIRECTOR, S.C.I. HOUTZDALE,         :
         Defendants                 :

<u>MEMORANDUM ORDER</u>

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

On April 27, 2006, the Magistrate Judge filed a Report and Recommendation, docket no. 36, recommending that the motion for summary judgment filed by defendants, docket no. 33, be granted.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. No objections have been filed, and the time to do so has expired.

Upon review of the record and the Report and Recommendation, and noting the absence of objections thereto, the following order is entered:

AND NOW, this 22nd day of May, 2006, it is

ORDERED that defendants' motion for summary judgment, docket no. 33, is granted. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:

>    Albert Morris-El BH-4499
>    S.C.I. Fayette
>    P.O. Box 9999
>    Labelle, PA 15450
>
>    Mary Lynch Friedline, Esquire
>    6th Floor Manor Complex
>    564 Forbes Avenue
>    Pittsburgh, PA 15219